JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MAGDALENA ARZOLA CONTRERAS,

      Petitioner,

      v.

MARKWAYNE MULLIN,[1] ET AL.,

      Respondents.

Case No. 5:26-cv-01502-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody without conditions. Respondents shall also immediately return any confiscated property and documents to Petitioner upon her release. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and

---

[1] Markwayne Mullin was sworn in as the Secretary of the Department of Homeland Security ("DHS") on March 24, 2026, and is therefore substituted in for Kristi Noem. See Fed. R. Civ. P. 25(d).

convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.  Respondents shall file a notice of compliance no later than **April 12, 2026**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   April 10, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2